MORRIS SALZMAN, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. NORMAN SIMMONS, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THOMAS G. EVANS, Appellant, v. TOWN OF BRIDGEWATER, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of CATHERINE BARRETT, Petitioner, against HENRY E. BRUCKMAN, as Chairman of the State Liquor Authority, et al., Respondents.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of JOHN A. LYONS, as Commissioner of Correction of the State of New York, Appellant. GEORGE H. ROWE, as Judge of the County Court of Erie County, Respondent; ANTHONY MANGANO, Intervener, Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.